IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JONATHAN S. GRAHAM, | |
| Petitioner, | **8:24CV459** |
| vs. | |
| UNITED STATES, Et. Al.; JOE BIDEN, President; and BUREAU OF PRISONS, | **ORDER** |
| Respondents. | |

On January 17, 2025, the Court entered a Memorandum and Order transferring this matter to the United States District Court for the Western District of Oklahoma due to lack of jurisdiction in this Court. Filing No. 6. Pursuant to the Court's normal case processing procedures, the case is being held for thirty days before effectuating the transfer. On January 27, 2025, Petitioner filed what the Court construes as a motion for relief in connection with his habeas petition. Filing No. 7. Upon consideration,

IT IS ORDERED that:

1. The Court will not make any ruling on Petitioner's motion, Filing No. 7.

2. The Clerk of the Court is directed to terminate the motion event at Filing No. 7 in this Court and transfer the motion to the United States District Court for the Western District of Oklahoma along with the rest of the case in accordance with the Court's January 17, 2025, Memorandum and Order, Filing No. 6.

Dated this 28th day of January, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge